ROBERT WISNIEWSKI (RW-5308)
ROBERT WISNIEWSKI P.C.
225 Broadway, Suite 1020
New York, New York 10007
(212) 267-2101

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
CIPRIAN VERES-POP, on behalf of himself
and on behalf of all others similarly situated,

**Docket No.: 13-cv-2360 (KBF)**

Plaintiff,

-against-

SISTINA RESTAURANT, INC.,
GIUSEPPE BRUNO, and GERARDO BRUNO,

Defendants.
-------------------------------------------------------------------X

### NOTICE OF FILING OF CONSENT TO BECOME PARTY PLAINTIFF

PLEASE TAKE NOTICE that annexed hereto is a Consent to Become Party Plaintiff for the following individual:

1.  Ruben Espinoza

which is being filed electronically via ECF with the Clerk of the Court as of the date hereof.

Dated: New York, New York
       July 19, 2013

ROBERT WISNIEWSKI P.C.

By:_____/s /_____
Robert Wisniewski (RW-5308)
Attorneys for Plaintiffs
225 Broadway - Suite 1020
New York, New York 10007
(212) 267-2101

-1-